# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

Case: 2:21-cr-20688
Assigned To : Goldsmith, Mark A.
Referral Judge: Grey, Jonathan J.C.
Assign. Date : 11/9/2021
Description: INDI USA V. SEALED MATTER (KB)

VIOLATION: 18 U.S.C. § 931(a)(2)

v.

MICHAEL EDWARD-THOMAS JARRETT,

Defendant.

_____/

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
(18 U.S.C. § 931(a)(2) — *Violent Felon in Possession of Body Armor*)

On or about July 5, 2021, in the Eastern District of Michigan, the defendant, MICHAEL EDWARD-THOMAS JARRETT, having been previously convicted of a felony under State law that would have constituted a crime of violence if it occurred within the special maritime and territorial jurisdiction of the United States, that is, murder, and knowing that he had been convicted of a felony which had as an element

1

the use, attempted use, or threatened use of physical force against the person or property of another, did knowingly possess body armor, which had been sold and offered for sale in interstate and foreign commerce, in violation of 18 U.S.C. § 931(a)(2).

## **FORFEITURE ALLEGATION**
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

The allegations contained in Count One of the Indictment are hereby re-alleged and incorporated by reference so as to allege forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

As a result of violating 18 U.S.C. § 931(a)(2) as set forth in this Indictment, upon conviction, the defendant shall forfeit to the United

States any body armor involved in or used in the knowing commission of the offense.

**THIS IS A TRUE BILL.**

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

SAIMA S. MOHSIN
Acting United States Attorney


*s/ Benjamin C. Coats*
BENJAMIN C. COATS
Chief, Major Crimes Unit


*s/ Rosemary Wummel Gardey*
ROSEMARY WUMMEL GARDEY
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan  48226-3220
phone:  313-226-0285

Dated:  November 9, 2021

ORIGINAL

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover | Case: 2:21-cr-20688<br>Assigned To : Goldsmith, Mark A.<br>Referral Judge: Grey, Jonathan J.C.<br>Assign. Date : 11/9/2021<br>Description: INDI USA V. SEALED MATTER (KB) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to compl

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes  ☒ No | AUSA's Initials: _RWJ_ |

**Case Title:** USA v. Michael Edward-Thomas Jarrett

**County where offense occurred :** Oakland

**Check One:** ☒ Felony  ☐ Misdemeanor  ☐ Petty

___ Indictment/ ___ Information --- no prior complaint.
_✓_ Indictment/ ___ Information --- based upon prior complaint [Case number: 21-30512         ]
___ Indictment/ ___ Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____  **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
|  |  |  |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

November 9, 2021
Date

Rosemary Wummel Gardey
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-0285
Fax: 313-226-2372
E-Mail address: rosemary.gardey@usdoj.gov
Attorney Bar #: P49019

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.